**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

MESCALERO APACHE TRIBE,
PUEBLO OF ISLETA,
PUEBLO OF POJOAQUE,
and PUEBLO OF SANDIA,

        Plaintiffs,

  v.                                Case No. 2:26-cv-01517-GBW-GJF

KALSHI INC., and KALSHIEX LLC,

        Defendants.

### NOTICE OF GOOD STANDING CERTIFICATION

Pursuant to D.N.M.LR-Civ. 83.3(a)(1), I hereby certify that Brian P. McClatchey is a member in good standing of the bars of the States of Washington (WSBA #37416, active), Idaho (ISB #7782, inactive), and California (SBCA #344669, active).

                                  Submitted May 15, 2026,

                                  /s/Daniel I.S.J. Rey-Bear
                                  Daniel I.S.J. Rey-Bear
                                  Rey-Bear McLaughlin, LLP
                                  421 W Riverside Ave, Suite 1004
                                  Spokane, WA 99201-0410
                                  telephone: 505-238-1954
                                  dan@rbmindianlaw.com