**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MESCALERO APACHE TRIBE,
PUEBLO OF ISLETA,
PUEBLO OF POJOAQUE,
and PUEBLO OF SANDIA,
          Plaintiffs,

      v.                                  Case No.: 2:26-cv-01517-MIS-GJF

KALSHI, INC. and KALSHIEX, LLC,
          Defendants.

**ORDER GRANTING JOINT STIPULATION TO SET**
**BRIEFING SCHEDULE AND MODIFY PAGE LIMIT**

This matter comes before the Court on the parties' Joint Stipulation to Set Briefing Schedule and Modify Page Limits. Doc. 9. The Court finds that there is good cause for entry of the stipulation under D.N.M.LR-Civ. 7.4(a). Accordingly, it is hereby ORDERED:

1.      By June 24, 2026, Defendants shall file a motion to dismiss of no more than 25 pages regarding the Complaint filed in this action.

2.      By July 22, 2026, Plaintiffs shall file a combined response to Defendants' motion to dismiss and Plaintiffs' motion for preliminary injunction of no more than 45 pages.

3.      By August 19, 2026, Defendants shall file a combined reply in support of their motion to dismiss and response to Plaintiffs' motion for preliminary injunction of no more than 30 pages.

4.      By September 4, 2026, Plaintiffs shall file a reply in support of their motion for preliminary injunction of no more than ten pages.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

2

Approved:

*/s/ Jennifer Hadley Catero*
Snell & Wilmer LLP
Jennifer Hadley Catero
201 Third Street NW, Suite 1950
Albuquerque, NM 87102
telephone: 505-944-9026
jcatero@swlaw.com

*Attorneys for Defendants*
*Kalshi Inc. and KalshiEX LLC*


*/s/ Daniel I.S.J. Rey-Bear*
Rey-Bear McLaughlin, LLP
Daniel I.S.J. Rey-Bear
Timothy H. McLaughlin
Brian P. McClatchey
421 W Riverside Ave, Suite 1004
Spokane, WA 99201-0410
telephone: 505-238-1954
dan@rbmindianlaw.com
tim@rbmindianlaw.com
brian@rbmindianlaw.com

*Attorneys for Plaintiffs*
*Mescalero Apache Tribe,*
*Pueblo of Isleta,*
*Pueblo of Pojoaque,*
*and Pueblo of Sandia*