**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MESCALERO APACHE TRIBE,
PUEBLO OF ISLETA,
PUEBLO OF POJOAQUE,
and PUEBLO OF SANDIA,

          *Plaintiffs*,

         v.

KALSHI, INC. and KALSHIEX, LLC,

         *Defendants*.

Case No. 2:26-cv-01517-MIS-GJF

**CORPORATE DISCLOSURE STATEMENT**

Defendants KalshiEX, LLC and Kalshi, Inc., pursuant to Federal Rule of Civil Procedure 7.1, submit the following disclosure statement:

1.      KalshiEX, LLC certifies that it is a limited liability company whose sole member is Kalshi, Inc.

2.      Kalshi, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of Kalshi, Inc.'s stock.

1

Dated: June 24, 2026

Respectfully Submitted,

*/s/ Erica Stutman*

**SNELL & WILMER L.L.P.**
Jennifer Hadley Catero
Erica J. Stutman
1 E. Washington St., Suite 2700
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcatero@swlaw.com
estutman@swlaw.com


**MILBANK LLP**
Olivia S. Choe (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
1101 New York Avenue, NW
Washington D.C. 20005
Telephone: 202.835.7500
Facsimile: 202.263.7586
ochoe@milbank.com
jsterling@milbank.com

Grant R. Mainland (*pro hac vice*)
Katherine Kelly Fell (*pro hac vice*)
55 Hudson Yards
New York, NY 10001-2163
Telephone: 212.530.5000
Facsimile: 212.530.5219
gmainland@milbank.com
kfell@milbank.com

*Attorneys for Defendants Kalshi, Inc. and KalshiEX, LLC*

4901-5305-1576