**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MESCALERO APACHE TRIBE,
PUEBLO OF ISLETA,
PUEBLO OF POJOAQUE,
and PUEBLO OF SANDIA,

Plaintiffs,

v. Case No. 26-cv-01517

KALSHI INC., and KALSHIEX LLC,

Defendants

**DECLARATION OF MARIA RAMOS**

1. I, Maria Ramos, am over the age of 21 and I make this declaration based on my personal knowledge and professional experience.

**Professional and Gaming Facility Background**

2. I work as an Investigator/Gaming Agent Supervisor with the Mescalero Apache Tribal Gaming Commission ("Commission"), which is the gaming regulatory agency of the Mescalero Apache Tribe ("Tribe"). As a gaming employee of the Commission, I maintain a gaming license issued by the Commission and am bound by all applicable federal and tribal laws and regulations, approved internal controls, game rules, policies, procedures, standards, and directives.

3. I have worked for the Commission for over 20 years. I have held my current position as an Investigator/Gaming Agent Supervisor for the Commission since September 3, 2012. Before that, I served the Commission as Surveillance Supervisor. In my position as an Investigator for the Commission, I am responsible for conducting investigations regarding gaming activities which occur on the Mescalero Apache Indian Reservation ("Reservation") regarding compliance with the Indian Gaming Regulatory Act ("IGRA"), 25 U.S.C. §§ 2701-2721 and 18



PLAINTIFFS' EXHIBIT 1

U.S.C. §§ 1166-1168, the Mescalero Apache Gaming Ordinance ("Ordinance"), and the 2015 Indian Gaming Compact Between the State of New Mexico and the Tribe ("Compact").

4. In my additional position as a Gaming Agent Supervisor for the Commission, I am responsible for protecting the assets of the Tribe and the safety of the public and employees; monitoring the Gaming Enterprise for compliance with the Ordinance, the Compact, National Indian Gaming Commission, Minimum Internal Control Standards, Tribal Internal Control Standards, and regulations regarding gaming and related activities; enforcing applicable laws, regulations, policies, procedures, and internal control standards, and supervising and coordinating activities of gaming agents on an assigned shift within the Compliance Department.

5. The entire Reservation constitutes "Indian lands" as defined in IGRA and the Ordinance. Under IGRA, the Compact, and the Ordinance, Class III gaming activities—which includes wagering on the outcome or other aspects of sporting events (together, "sports betting")—are allowed only at the gaming floors of Casino Apache and the Inn of the Mountain Gods ("IMG") casino, which are both operated by the Tribe and licensed by the Commission.

6. Under IGRA, the Compact, and the Ordinance, no other Class III gaming operation is licensed for operation by anyone besides the Tribe on the Reservation, and no Class III gaming is allowed at any other location on the Reservation, including at the IMG hotel, golf course, hunt lodge, stables, or parking lots; the Ski Apache ski resort; the tribal governmental headquarters; or elsewhere. The Compact and the Ordinance also do not allow internet gaming by anyone, anywhere within the Reservation, or gaming by people under the age of 21.

**Kalshi Investigation**

7. In the course of my duties for the Commission, I investigated Kalshi Inc. and KalshiEx, LLC (together, "Kalshi"), in which I repeatedly reviewed, interacted with, and used Kalshi's website and its mobile application (each and together, the "Kalshi App").

8. When I accessed the Kalshi App in my investigation, I was always located on the Reservation. When placing the wagers described below, I did not use a virtual private network or any other technology that would make my internet-enabled device appear as though it were accessing the Kalshi App from any location outside the Reservation.

9. I have a Kalshi account, which allows me to enter into transactions with Kalshi via the Kalshi App, including depositing and withdrawing funds and placing wagers through electronic means, including the use of the internet. To obtain a Kalshi account, Kalshi required me to provide certain personal information, including a home address.

10. On April 29, 2026, I deposited ten U.S. Dollars ($10.00) into my Kalshi account via a credit card. On various dates in May 2026, as described below, I accessed the Kalshi App, which I had previously downloaded, while physically located at several locations on the Reservation. At each of those times, I observed that the Kalshi App was offering wagering contracts on various sporting events and that for each such event, Kalshi allows users to wager or bet money on the outcome of the event. Those wagers or bets are materially the same as those offered via the Sportsbook at Casino Apache and the IMG Casino, which is powered by Caesars Sportsbook, and which I am familiar with via my work for the Commission. I also have observed that the Kalshi App offers sports betting by people under the age of 21, which is prohibited under the Compact and the Ordinance.

**On-Reservation Kalshi Sports Bets**

11. For example, on May 4, 2026, while logged into the Kalshi App and physically located at the IMG casino on the Reservation, I observed that Kalshi was offering users the ability to wager on the outcome of a professional hockey game between the Philadelphia Flyers and the Carolina Hurricanes which was to occur later in the day on May 4, 2026. A bettor could buy a

"yes" contract on Kalshi's platform for $1.00 that would pay out $1.38 if the Carolina Hurricanes were to win. Here is a screenshot of my review of that contract on the Kalshi App at that time:




12. On May 4, 2026, I logged into the Kalshi App while physically located at the IMG casino on the Reservation. At that time, I placed a wager via the Kalshi App in the amount of $1.00 on the New York Mets to win a professional baseball game against the Colorado Rockies. I won that wager, resulting in $1.70 being credited to my Kalshi account.

13. On May 4, 2026, while logged into the Kalshi App and physically located at Casino Apache on the Reservation, I placed a wager via the Kalshi App on a professional baseball game between the Boston Red Sox and the Detroit Tigers, which was to occur later on May 4, 2026. A bettor could buy a "yes" contract on Kalshi's platform for $1.00 that would pay out $1.81 if the Boston Red Sox won. I won that wager, resulting in $1.81 being credited to my Kalshi account.

14. On May 5, 2026, while logged into the Kalshi App and physically located on the Reservation at the Mescalero Apache Tribal Administrative Offices ("Mescalero Offices"), where gaming is not allowed under either IGRA or the Ordinance, I placed a bet via the Kalshi App of $1.00 on the Detroit Pistons to win a series of professional basketball games against the Cleveland Cavaliers, for which, if successful, I would receive a payout of $1.81. Here is a screenshot of that wager, which I lost, as was reflected in my Kalshi account:




15. On May 5, 2026, while logged into the Kalshi App and physically located at the Mescalero Offices, I placed a bet via the Kalshi App of $1.00 on the Independiente Petrolero to win a professional soccer game against the Caracas FC, for which, if successful, I would receive $2.18. Here is a screenshot of that wager, which I lost, as was reflected in my Kalshi account:




16. On May 18, 2026, while logged into the Kalshi App and physically located at the IMG Casino on the Reservation, I bet $1.00 via the Kalshi App on the professional basketball game between the Washington Mystics and the Dallas Wings that the Wings would win the first half by over 6.5 points, for which a "yes" position was that that would occur and result in a payout to me of $2.63, and a "no" position was that that would not occur and I would lose my bet. I won that wager, resulting in my Kalshi account being credited $2.63.

17. On May 18, 2026, while logged into the Kalshi App and physically located at the IMG Casino on the Reservation, I bet $1.00 via the Kalshi App on the professional basketball game between the Washington Mystics and the Dallas Wings that the Wings would win the game by over 7.5 points, for which a "yes" position was that that would occur and result in a payout to me of $2.43, and a "no" position was that that would not occur and I would lose my bet. I won that bet, resulting in my Kalshi account being credited $2.43.

18. On May 25, 2026, while logged into the Kalshi App and physically located at the IMG Casino on the Reservation, I placed a "combo" or "parlay" bet of $1.00 via the Kalshi App on player Donovan Mitchell making two assists and the New York Knicks winning by over 2.5 points in the professional basketball game between the Knicks and the Cleveland Cavaliers, and for which a "yes" position was that all those outcomes would occur and result in a payout to me of $2.00, and a "no" position was that any one of those outcomes would not occur, in which case I would lose my bet. I lost the parlay wager, as reflected in my Kalshi account.

19. On May 25, 2026, while logged into the Kalshi App and physically located at Casino Apache on the Reservation, I placed a $1.00 wager via the Kalshi App that the Philadelphia Phillies would win a professional baseball game later that date against the San Diego Padres, which would pay $1.84 if the Phillies won. At the conclusion of that game, I won $1.84, which was credited to my Kalshi account.

20. On May 25, 2026, while logged into the Kalshi App and physically located at Casino Apache on the Reservation, I placed another $1.00 wager via the Kalshi App on the professional baseball game between the Phillies and the Padres, which was to occur later on May 25, 2026, which would pay out $2.43 if the Phillies had over 8.5 runs scored. At the conclusion of the game, I lost, which was reflected in my Kalshi account.

21. All of the above-described online sports bets or "event contracts" that I placed on the Reservation with Kalshi via the Kalshi App constitue Class III gaming under IGRA, the Compact, and the Ordinance and they all also violate IGRA, the Compact, and the Ordinance, as does Kalshi offering those on the Reservation, especially for people under the age of 21.

22. At no time in my use of the Kalshi App were there any notices, terms, conditions, or restrictions presented which informed me that my use of the Kalshi App or participation in sports wagering thereon while on the Reservation may violate the Tribe's laws, nor was I ever prohibited from using or wagering on the Kalshi App via geofencing or geolocation which would have identified my location on the Reservation or restricted my access to or use of Kalshi's sports wagering due to me being physically present on the Reservation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _July 17__, 2026

Maria Ramos
Maria Ramos