**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MESCALERO APACHE TRIBE,
PUEBLO OF ISLETA,
PUEBLO OF POJOAQUE,
and PUEBLO OF SANDIA,

Plaintiffs,

v. Case No. 2:26-cv-01517-MIS-GJF

KALSHI INC., and KALSHIEX LLC,

Defendants.

**DECLARATION OF DOROTHEA NOTAH**

1. I, Dorothea Notah, am over the age of 21 and I make this declaration based on my own personal knowledge and professional experience.

**Professional and Gaming Facility Background**

2. I work as a Gaming Investigator with the Pueblo of Isleta Gaming Regulatory Agency ("POIGRA"), which is the gaming regulatory agency of the Pueblo of Isleta ("Tribe").

3. I have worked for the POIGRA for approximately 4 (four) years. In that position, I am responsible for conducting investigations regarding gaming activities which occur on the Pueblo of Isleta ("Reservation") regarding compliance with the Indian Gaming Regulatory Act ("IGRA"), 25 U.S.C. §§ 2701-2721 and 18 U.S.C. §§ 1166-1168, and the Pueblo of Isleta Gaming Ordinance ("Ordinance").

4. The entire Reservation constitutes "Indian lands" as defined in IGRA and the Ordinance. Under IGRA and the Ordinance, Class III gaming activities—including sports betting—are allowed only on the gaming floor at the Isleta Resort & Casino ("IRC"), including the BetMGM Sportsbook, which is operated by the Tribe and licensed by the POIGRA. No gaming



PLAINTIFFS' EXHIBIT 2

is allowed elsewhere on the Reservation, including at the resort side, at the IRC bars, the IRC Golf Course, the One Stop gas station, Isleta Lakes, parking lots, tribal government buildings, or elsewhere. No other gaming operation is licensed for operation by anyone besides the Tribe on the Reservation and the Ordinance does not permit online gambling of any kind.

**On-Reservation Kalshi Sports-Betting Investigation**

5. In the course of my duties for the POIGRA, I conducted an investigation regarding Kalshi Inc. and KalshiEx, LLC (together, "Kalshi"), in which I repeatedly reviewed, interacted with, and used Kalshi's website and its mobile application (each and together, the "Kalshi App").

6. When I accessed the Kalshi App in my investigation, I was always located on the Reservation. When placing the wagers described below, I did not use a virtual private network or any other technology that would make my internet-enabled device appear as though it were accessing the Kalshi App from any location other than on the Reservation.

7. I have a Kalshi account, which allows me to enter into transactions with Kalshi via the Kalshi App, including depositing and withdrawing funds and placing wagers through electronic means, including the use of the internet.

8. To obtain a Kalshi account, Kalshi required me to provide certain personal information, including a home address as listed on my state ID or driver's license, and my date of birth. In the Kalshi App, my account profile information shows my home address and the age that corresponds to my date of birth. I also deposited U.S. Dollars into my Kalshi account in the Kalshi App via a debit card.

9. On April 24, 2026, I accessed the Kalshi App, which I had previously downloaded, while physically located on the Reservation. On that date, I observed that the Kalshi App offered wagers on various sporting events and that for each one, Kalshi allowed users to wager money on

the event outcome. Those wagers are materially the same as those offered via the Sportsbook at IRC, which is powered by BetMGM, and which I am familiar with via my work for the POIGRA.

10. On April 24, 2026, while logged into the Kalshi App and physically located at the IRC BetMGM Sportsbook area on the Reservation, I placed a $1.00 wagers via the Kalshi App on Oklahoma City to win the Pro Basketball Championship, for which I could win $1.79, and on Los Angeles to lose the Pro Basketball Championship series game against Houston, for which I would receive a $2.39 payout. Those bets are shown in the following smartphone screenshot excerpt:




11. On that same date, and while logged into the Kalshi App on the Reservation at the IRC Center Bar, I placed wagers via the Kalshi App of $1.00 on the San Antonio Spurs to win their Round 1 Playoffs series game against the Portland Trailblazers and on the Boston Celtics to win the Pro Basketball Championship. Both of these wagers are shown in this screenshot excerpt:



12. On April 24, 2026, I logged into the Kalshi App while physically located in the IRC Poker Room on the Reservation. At that time, I placed a $1.00 wager via the Kalshi App on the Portland Trailblazers to win their Series game against the San Antonio Spurs, for which, if successful, I would receive a payout of $4.73. On that same date, at the same location, I also placed a $1.00 wager via the Kalshi App on the Houston Rockets to win their Series game against the Los Angeles Lakers. Both these bets are shown in the following screenshot excerpt:




13. On April 24, 2026, I logged into the Kalshi App while physically located at the IRC hotel front desk on the Reservation. At that time, I placed a wager via the Kalshi App in the amount of $1.00 on San Antonio to win the Western Conference Champion, for which, if successful, I would receive a payout of $5.25, as shown in the following screenshot excerpt.




14. On April 24, 2026, I logged into the Kalshi App while physically located in the parking lot of the Pueblo of Isleta Elder Center on the Reservation. At that time, I bet $1.00 via the Kalshi App on the Detroit Tigers to lose against the Cincinnati Reds, for which, if successful, I would receive a payout of $2.05, as shown in the following screenshot excerpt.




15. On April 24, 2026, I logged into the Kalshi App while physically located within the Golf Club on the Reservation. At that time, I placed bet $1.00 via the Kalshi App on the Anaheim Ducks to win their National Hockey League game against the Edmonton Oilers, for which, if successful, I would receive a payout of $2.09, as shown in the following screenshot excerpt:




16. On April 24, 2026, I logged into the Kalshi App while physically located at the One Stop gas station on the Reservation. At that time, I placed a $1.00 wager via the Kalshi App on the Detroit Tigers to lose their game against the Cincinnati Reds, for which, if successful, I would receive a payout of $2.05 and I bet $1.00 on the Reds to win the same game.

17. On April 24, 2026, I logged into the Kalshi App while at Isleta Lakes on the Reservation. At that time, I bet $1.00 via the Kalshi App on the Baltimore Orioles to lose their game against the Boston Red Sox and on the Cleveland Guardians to lose their game against the Toronto Blue Jays, for which my win would pay $2.05, as both shown in the following screenshot:




18. At no time during my use of the Kalshi App were there any notices, terms, conditions, or restrictions which informed me that my use of the Kalshi App or participation in

sports wagering thereon while on the Reservation may violate IGRA or the Ordinance, nor was I ever prohibited from using or wagering on the Kalshi App via geofencing or geolocation which would have identified my location on the Reservation or restricted my access to or use of Kalshi's sports wagering due to me being physically present on the Reservation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 24, 2026

Dorothea Notah