**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MESCALERO APACHE TRIBE,
PUEBLO OF ISLETA,
PUEBLO OF POJOAQUE,
and PUEBLO OF SANDIA,

Plaintiffs,

v. Case No. 2:26-cv-01517-MIS-GJF

KALSHI INC., and KALSHIEX LLC,

Defendants.

**DECLARATION OF SYLVIA CASTILLON**

1. I, Sylvia Castillon, am over the age of 21 and I make this declaration based on my own personal knowledge and professional experience.

**Professional and Gaming Facility Background**

2. I work as the Executive Director with the Pueblo of Isleta Gaming Regulatory Agency ("POIGRA"), which is the gaming regulatory agency of the Pueblo of Isleta ("Tribe").

3. I have previous experience with gaming regulation spanning more than 28 years in tribal, federal, and gaming regulatory leadership roles. My experience includes serving as Director of Gaming & Regulatory of the Salt River Pima-Maricopa Indian Community for 16 years, overseeing regulatory compliance, licensing, auditing, enforcement, and gaming integrity. I also served as a Regulatory Compliance Officer for the Gila River Indian Community and as Executive Director of the Yavapai-Apache Nation Gaming Commission. Additionally, I worked for three years as a Compliance Officer with the National Indian Gaming Commission (NIGC) Sacramento Region, providing regulatory oversight and compliance assistance to 18 tribal gaming operations. Through these roles, I have developed extensive expertise in gaming compliance, governance,



PLAINTIFFS'
EXHIBIT 3

licensing, auditing, and building collaborative relationships with tribal, federal, and industry stakeholders. I have worked for the POIGRA for at least five months. In that position, I am responsible for enforcing any and all authority and duties of the Pueblo of Isleta ("Reservation") regarding gaming regulatory compliance with the Indian Gaming Regulatory Act ("IGRA"), 25 U.S.C. §§ 2701-2721 and 18 U.S.C. §§ 1166-1168, the Pueblo of Isleta Gaming Ordinance ("Ordinance"), and the 2015 Indian Gaming Compact Between the State of New Mexico and the Tribe ("Compact"). This includes the responsibility for supervising employees that conduct investigations regarding compliance with the above-mentioned governing authorities.

4. Under IGRA, the Compact, and the Ordinance, Class III gaming activities—including sports betting—are allowed only on the Isleta Resort & Casino ("IRC") gaming floor, including the BetMGM Sportsbook, which is operated by the Tribe and licensed by the POIGRA. No gaming is allowed elsewhere on the Reservation and no other gaming operation is licensed for operation by anyone besides the Tribe on the Reservation, and the Compact and the Ordinance do not permit either online gambling of any kind or gaming by anyone under the age of 21 years.

**On-Reservation Kalshi Sports-Betting Investigation**

5. In the course of my duties for the POIGRA, I supervised and assisted Dorothea Notah ("Notah") as she conducted an investigation regarding Kalshi Inc. and KalshiEx, LLC (together, "Kalshi"), in which Notah repeatedly reviewed, interacted with, and used Kalshi's website and its mobile application (each and together, the "Kalshi App"). In that, I have observed that the Kalshi App offers sports betting by people under the age of 21. *See* https://kalshi.com/faq.

6. I observed and discussed with Notah her investigation of Kalshi for POIGRA. All the online sports bets or "event contracts" that Notah placed on the Reservation with Kalshi via the Kalshi App constitute Class III gaming under IGRA, the Compact, and the Ordinance and they

all also violate IGRA, the Compact, and the Ordinance, as does Kalshi offering those on the Reservation, especially for people under the age of 21.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 21, 2026

Sylvia Castillon