**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MESCALERO APACHE TRIBE,
PUEBLO OF ISLETA,
PUEBLO OF POJOAQUE,
and PUEBLO OF SANDIA,

Plaintiffs,

v. Case No. 26-cv-01517-GBW-GJF

KALSHI INC., and KALSHIEX LLC,

Defendants

**DECLARATION OF ERICK MENDOZA**

1. My name is Erick Mendoza and I am over 21 years of age. I make this declaration based on my personal and professional knowledge and experience.

**Professional Background**

2. I work as the Director of Information Technology for Isleta Resort & Casino ("IRC"), which is wholly owned and operated by the Pueblo of Isleta ("Pueblo"), a federally recognized Indian tribe located 15 miles south of Albuquerque, New Mexico.

3. As a IRC gaming employee, I maintain a gaming license issued by the Pueblo of Isleta Gaming Regulatory Agency and am bound by all applicable federal and tribal laws and regulations, approved internal controls, game rules, policies and procedures, and standards and directives.

4. In my position at IRC, I manage IRC's Information Technology ("IT") department, supervise the IT Helpdesk team and support many IT systems, including networks, databases, web interface, and cybersecurity, including overall system security and access control, to ensure that system functions, programs, and files cannot be accessed without specific authorization.



PLAINTIFFS' EXHIBIT 4

5. I have 10 years of experience in the IT sector. I have spent all 10 years working at IT support at IRC.

**Use of the IRC Wi-Fi**

6. To facilitate public internet access within the IRC for use by patrons and other guests or visitors, IRC operates a free, public Wi-Fi network. That Wi-Fi network is only accessible from the Pueblo's lands.

7. Anyone who uses the IRC Wi-Fi network must first consent to a standard-form pop-up user consent agreement ("User Agreement") for terms and conditions of service. By accepting those mandatory terms and conditions, IRC public Wi-Fi users agree that they will not use the Wi-Fi for illegal purposes and they consent to anonymous monitoring, retrieval, and authorized disclosure of their usage to ensure compliance and system functionality, to disclaim privacy, liability, and security, and to facilitate data collection and marketing. The User Agreement maintains safe harbor protections for the Tribe in case someone violates copyrights with illegal downloads, makes clear that IRC may throttle download speeds to manage bandwidth for all users, and ensures that users know that their public Wi-Fi usage is not secure against third parties.

8. To facilitate system compliance and operations, the IRC public Wi-Fi network captures or logs users' Domain Name System ("DNS") queries or searches while using the public Wi-Fi network. The DNS translates human-readable domain names (e.g., Kalshi.com) into machine-readable Internet Protocol ("IP") addresses.

9. Logs from IRC's public Wi-Fi document approximately 13,028 visits to Kalshi.com from the Pueblo's lands between June 19, 2026 to July 9, 2026. This means that over that period, people physically located on the Pueblo's lands went to the Kalshi website via the IRC's public Wi-Fi 13,028 times.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 13, 2026

Erick Mendoza