UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MESCALERO APACHE TRIBE,
PUEBLO OF ISLETA,
PUEBLO OF POJOAQUE,
and PUEBLO OF SANDIA,

Plaintiffs,

v. No. 26-cv-01517-MIS-GJF

KALSHI, INC. and KALSHIEX, LLC,

Defendants

**DECLARATION OF TERRENCE M. BAILEY**

Terrence M. Bailey hereby affirms under penalty of perjury that:

1. I, Terrence M. Bailey, am the Director of Gaming Operations and serve as an investigator for the Pueblo of Pojoaque Gaming Commission ("Commission"), which is the gaming regulatory agency of the Pueblo of Pojoaque ("Pueblo"), in this matter.

2. I am over the age of 21, have worked for the Commission for 17 years, and have maintained a Gaming License issued by the Commission for the entirety of my employment for the Commission. In my current position, I am responsible for directing the overall operation of gaming activities for the Pueblo and I conduct investigations regarding unauthorized gaming activities which occur on the Pueblo's Reservation ("Reservation") regarding compliance with the Indian Gaming Regulatory Act ("IGRA"), 25 U.S.C. §§ 2701-2721 and 18 U.S.C. §§ 1166-1168, the Pueblo of Pojoaque Gaming Ordinance ("Ordinance"), and the 2017 Indian Gaming Compact Between the State of New Mexico and the Tribe ("Compact").

**Investigation Background**

3. The entire Reservation constitutes "Indian lands" as defined in IGRA, the Compact, and the Ordinance. Under IGRA, the Compact, and the Ordinance, Class III gaming activities—



PLAINTIFFS'
EXHIBIT 5

which includes wagering on the outcome or other aspects of sporting events (together, "sports betting")—are allowed only in person at the gaming floors of the Cities of Gold Casino ("CGC") and Buffalo Thunder Resort and Casino ("BTR"), which are both operated by the Pueblo and licensed by the Commission. That includes the Thunder Racebook and Sportsbook located at BTR. No other gaming is licensed for operation by anyone besides the Pueblo's licensed subordinate enterprises on the Reservation, and no gaming is allowed elsewhere on the Reservation, including at BTR hotel, the Towa Golf Club, parking lots, the Pueblo headquarters, or elsewhere. In addition, the Compact and the Ordinance prohibit gaming by people under 21 years old and prohibit online gaming of any kind anywhere by anyone.

4. In the course of my investigation for the Commission, I investigated Kalshi Inc. and KalshiEx, LLC (together, "Kalshi" or "Respondent"). I make this declaration based on that investigation and my review of documents and other evidence on file with the Commission.

5. During my investigation, I repeatedly reviewed, interacted with, and used Kalshi's website (the "Platform"). Among other things, I observed that the Platform offers sports betting by people under the age of 21. *See* https://kalshi.com/faq.

6. When I accessed the internet as part of my investigation, I was always located within the exterior boundaries of the Reservation, at the BTR administrative offices in the back-of-house area off the gaming floor. When placing the bets described below, I did not use virtual private network or other technology that would make my internet-enabled device appear as though it is accessing the internet from a location outside of the Reservation.

7. Here as is a screenshot of my approximated global positions system ("GPS") coordinates at all times that I placed the wagers discussed herein, within the Reservation:




8. I used an undercover Kalshi account, which allows me to enter various transactions with Kalshi, including to access the Platform, deposit and withdraw funds, and place wagers (as described below) on the Platform through electronic means including the use of the internet.

9. To obtain an account, Kalshi requires participants to provide certain personal information, including a home address, for which I provided a location within the State of New Mexico, and a date of birth. While logged into the undercover account on Kalshi's Platform, I observed that the account profile information shows a New Mexico address and age that corresponds to the address and date of birth I provided.

10. From time to time, I deposited U.S. Dollars into my Kalshi account via a debit card.

11. On April 28, 2026, from the Reservation, I accessed Kalshi's Platform from an internet-connected computer, logged into the undercover account, and observed that Kalshi's Platform was offering for sale contracts on various events including sports, as shown here:


Kalshi
MARKETS
LIVE 58
SOCIAL
FAIRNESS
Trade on anything
$14.03 Cash
$48.70 Portfolio
Trending Elections Politics Sports Culture Crypto Commodities Climate Economics Mentions Companies Financials Tech & Science
CULTURE
5 of 7
Will Jimmy Kimmel be fired this year?
Market Pays out Odds
Yes 2.81x 34%
No 1.46x 66%
$12,272 vol
News · President Trump called on ABC to fire Jimmy Kimmel after the late-night host joked that Melania Trump was an "expectant widow" during a skit tied to the White House Correspondents'...
Before 2027 34%
Kalshi
44% 40% 36% 32% 28%
3:23pm 8:55pm 2:28am 8:01am 1:35pm
Pro Basketball Playoffs
Company KPIs
Customize your view
Prediction Sports Trader
Get the classic Kalshi experience. You can always switch between modes in Settings later.
Trending
1 What will King Charles III say during his US Address? God Bless America 33% ▼14
2 Bitcoin price on Friday at 5pm EDT? $76,500 or above 48% ▼8
3 What will Candace Owens say during her livestream? Tucker 53% ▼28
2026 Primaries
1 Florida Republican Governor nominee? Byron Donalds 86% ▲1
2 Ohio Republican Governor nominee? Vivek Ramaswamy 98%
3 Georgia Democratic Governor nominee? Keisha Lance Bottoms 78%
Top movers
1 Women's 2027 College Basketball Champion UConn 1% ▼98
2 Turkish Airlines Open Winner Mutlu Guner
3 Playoff Win Total: Detroit 8+ playoff wins 5% ▼93
New
1 What will the announcers say during Game 5: Boston at Buffalo Comeback / Come back 77% ▲77
2 Traffic through the Strait of Hormuz? (4/27 - 5/3) Above 50 35% ▲35
3 What will Trump say during his dinner with the UK King & Queen? Churchill 51% ▲51
Highest volume
1 Pro Basketball Champion Oklahoma City $114,862,188 vol 15 markets 53%
2 2028 Democratic presidential nominee Gavin Newsom $95,737,443 vol 45 markets 24% ▼1
3 Stanley Cup® Champion? Colorado Avalanche $38,373,567 vol 14 markets 30%
Pro Baseball
PRO BASEBALL
Pro Baseball Champion
Los Angeles D 3.23x 31%
New York Y 7.69x 13%
$13,482,754 vol 30 markets
PRO BASEBALL
NL Central Division Winner
Chicago C 2.50x 40%
Cincinnati 4.55x 22%
$698,854 vol 5 markets
PRO BASEBALL
National League Champion
Los Angeles D 2.33x 43%
Atlanta 7.14x 14%
$1,124,525 vol 15 markets
BASEBALL Pro Baseball
Arizona vs Chicago C
May 1 @ 12:20PM
Arizona 1.49x 24%
Chicago C 1.37x 73%
NEW 2 markets
Elections
2028
2028 Democratic presidential nominee
Gavin Newsom 4.00x 24%
Alexandria Ocasio-Cor... 11.1x 9%
$95,737,142 vol 45 markets
2028
2028 Republican presidential nominee
J.D. Vance 2.63x 38%
Marco Rubio 4.17x 24%
$37,889,713 vol 35 markets
2028
2028 U.S. Presidential Election winner?
J.D. Vance 5.00x 20%
Gavin Newsom 5.88x 17%
$32,365,494 vol 25 markets
CA GOVERNOR
California Governor winner?
Nov 3 @ 6:30AM
Tom Steyer 2.13x 47%
Xavier Becerra 3.45x 28%
$27,972,318 vol 25 markets
Movies
PEOPLE
Who will be the next James Bond?
Callum Turner 2.17x 46%
Jacob Elordi 5.56x 22%
$692,197 vol 22 markets
OSCARS
Oscar for Best Picture?
The Odyssey 2.70x 37%
Dune: Part Three 7.14x 13%
$378,216 vol 26 markets
ROTTEN TOMATOES
"The Devil Wears Prada 2" Rotten Tomatoes score?
Above 75 2.70x 38%
Above 70 1.54x 60%
$148,369 vol 11 markets
MOVIES
New Star Wars movie released in theaters before 2027?
Yes 1.02x 98%
No 33.3x 2%
$183,268 vol 1 market
Soccer
SOCCER Champions League
PSG vs Bayern Munich
LIVE 1st - 34'
PSG 2 56%
Bayern Munich 1 22%
Tie 4.35x 23%
$7,897,166 vol Spread and Total 3 markets
FIFA WORLD CUP
2026 Men's World Cup winner?
Jul 19 @ 8:00AM
France 5.56x 18%
Spain 6.25x 16%
$18,889,849 vol 66 markets
SOCCER Saudi Pro League
Al Hilal vs Damac
LIVE 2nd - 74'
Al Hilal 1 92%
Damac 0 1%
Tie 10.4x 9%
$359,135 vol Spread and Total 3 markets
SOCCER Champions League
UCL Final Qualifiers
LIVE 1st - 34'
PSG 2 65%
Arsenal 2 64%
$316,612 vol Spread and Total 36 markets
Congress
CONGRESS
How long will the government shutdown last?
At least 100 days 1.97x 49%
At least 95 days 1.52x 64%
$19,862,866 vol 32 markets
CONGRESS
When will DHS be funded again?
Before May 15, 2026 1.86x 50%
Before May 22, 2026 1.70x 56%
$15,649,692 vol 24 markets
SENATE
Texas Republican Senate nominee?
May 26 @ 6:30AM
Ken Paxton 1.69x 59%
John Cornyn 2.50x 39%
$12,611,888 vol 5 markets
CONGRESS
Who will be confirmed as Fed chair?
Kevin Warsh 1.02x 98%
Judy Shelton 93.5x 1%
$5,868,681 vol 4 markets
Markets over Monopolies How fair markets protect consumers
Responsible Trading Tools and tips for trading smart
Market Integrity Learn how Kalshi prevents insider trading
Company
Blog
Careers
Privacy Policy
Data Terms of Service
Company
Brand Kit
Social
X (Twitter)
LinkedIn
Discord
Instagram
Reddit
TikTok
Product
Help Center
API
FAQ
FAQ for Finance Professionals
Regulatory
Trading Hours
Fee Schedule
Trading Prohibitions
Incentive Program
Research
Institutional Trading
Responsible Trading
Market Integrity
© 2026 Kalshi Inc.
Trading on Kalshi involves risk and may not be appropriate for all. Members risk losing their cost to enter any transaction, including fees. You should carefully consider whether trading on Kalshi is appropriate for you in light of your investment experience and financial resources. Any trading decisions you make are solely your responsibility and at your own risk. Information is provided for convenience only on an "AS IS" basis. Past performance is not necessarily indicative of future results. Kalshi is subject to U.S. regulatory oversight by the CFTC.

12. The sports and other contracts I observed offered by Kalshi allow users to wager money or cryptocurrency on the outcome of an event. Those sports wagers are materially the same as those offered via the Sportsbook at BTR, which is powered by Global Tote US, LLC, and with which I am familiar due to my work for the Commission and BTR.

13. Contracts on Kalshi's Platform generally display the price for each contract, pricing history, the payout if the bet were to win, and rules governing the determination of winning bets. Kalshi also makes additional contract terms and conditions available for downloading.

**April 28, 2026 Sports Wager**

14. On April 28, 2026, I logged into the undercover account through Kalshi's Platform from the Reservation using a BTR internet protocol ("IP") address location. I observed that Kalshi offered a contract on who would win the MLB professional baseball game between the Philadelphia Phillies and the San Fransico Giants that occurred on that date. As of approximately 1:30 pm MST on April 28, 2026, Kalshi's Platform offered a contract whereby a better could place a "yes" wager that the Phillies would win at a price of $0.61 per wager plus fees. I placed a bet of $2.00 with Kalshi's Platform showing 61% chance odds and a projected payout of $3.18 if the Phillies would win and nothing if they lost. These are screenshots of that offer and my wager:






**May 21, 2026 Sports Wagers**

15. On May 21, 2026, I logged into the undercover account through Kalshi's Platform from the Reservation using a BTR IP address location. I observed that Kalshi offered a contract on who would win a May 21, 2026 professional baseball game between the Cleveland Guardians and Detroit Tigers scheduled for later on May 21, 2026. As of approximately 8:20 am MST on May 21, 2026, Kalshi's Platform offered a contract whereby a better could place a "no" wager that the Tigers would not win at a price of $0.49 per wager plus fees. I placed a $5.00 bet that "no" the Tigers would not win the game with Kalshi's Platform showing 49% chance odds and a projected payout of $9.83 on my $5.00 bet if the Tigers did not win and nothing if the Tigers did win. These are screenshots of that offer and my wager:







**Second May 21, 2026 Sports Wager**

16. On May 21, 2026, I logged into the undercover account through Kalshi's Platform from the Reservation using a BTR IP address location. I observed that Kalshi offered a contract on a professional basketball game scheduled for May 22, 2026 between the San Antonio Spurs and the Oklahoma City Thunder. As of approximately 8:25 am MST on May 21, 2026, Kalshi's Platform offered a contract whereby a better could place a "yes" wager that the Oklahoma City Thunder would win the game at a price of $0.61 per wager plus fees. I placed a bet of $5.00 that "yes" Oklahoma City Thunder would win against the San Antonio Spurs with Kalshi's Platform

showing 61% chance odds and a projected payout of $7.96 if Oklahoma City Thunder won. These are screenshots of that offer and my wager:







**Additional Observations**

17. All of the above-described online sports bets or "event contracts" that I placed on the Reservation with Kalshi via the Platform constitute Class III gaming under IGRA, the Compact, and the Ordinance and they all also violate IGRA, the Compact, and the Ordinance, as does Kalshi offering those on the Reservation, especially for people under the age of 21.

18. At no time during my use of Kalshi's Platform were there any notices, terms, conditions, or regulatory restrictions presented to me on Kalshi's Platform which informed me that my use of the Platform or participation in sports wagering thereon while located on the Reservation may violate IGRA or the Ordinance, nor was I ever prohibited from using or wagering on the Kalshi Platform via geofencing or geolocation which would have identified my location on the Reservation or restricted my access to or use of Kalshi's sports wagering due to me being physically present on the Reservation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July, 17, 2026

Terrence M. Bailey