**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MESCALERO APACHE TRIBE,
PUEBLO OF ISLETA,
PUEBLO OF POJOAQUE,
and PUEBLO OF SANDIA,

Plaintiffs,

v. Case No. 26-cv-01517-MIS-GJF

KALSHI INC., and KALSHIEX LLC,

Defendants

**DECLARATION OF GUADALUPE FLORES**

1. My name is Guadalupe Flores, and I am over 21 years of age. I make this declaration based on my personal and professional knowledge and experience.

**Professional Background**

2. I work as the Information Technology Director for both the Buffalo Thunder Casino and Resort ("BTR") and the Cities of Gold Casino and Hotel ("COG"), which are wholly owned and operated by the Pueblo of Pojoaque ("Pueblo"), a federally recognized Indian tribe located near Santa Fe, New Mexico.

3. As a gaming employee, I maintain a gaming license issued by the Pueblo of Pojoaque Gaming Commission ("PPGC") and am bound by all applicable federal, tribal and state laws and regulations, approved internal controls, game rules, policies and procedures, and standards and directives.

4. In my position at BTR/COG, I manage the Information Technology ("IT") Department, supervise the IT Helpdesk team and support many IT systems, including networks,



PLAINTIFFS'
EXHIBIT 6

databases, web interface, and cybersecurity, including overall system security and access control, to ensure that system functions, programs, and files cannot be accessed without specific authorization.

5. I have 30 years of experience in the IT sector. My experience includes 26 years working at casinos and 11 years of IT support at BTR, including COG.

**Use of the BTR Wi-Fi**

6. To facilitate public internet access within BTR for use by patrons and other guests or visitors, BTR operates a free, public Wi-Fi network. That Wi-Fi network is only accessible from BTR and also includes the hotel, restaurants, bars, and pool areas within BTR, which is within the Pueblo's Reservation (collectively, "Pueblo lands").

7. Anyone who uses the BTR Guest Wi-Fi network must first consent to a standard and enforceable Acceptable Use Policy ("AUP") and consent agreement for terms and conditions of service. By accepting those mandatory terms and conditions, BTR Guest public Wi-Fi users agree that they will not use the Wi-Fi for illegal purposes, and they consent to anonymous monitoring, retrieval, and authorized disclosure of their usage to ensure compliance and system functionality, to disclaim privacy, liability, and security, and to facilitate data collection and marketing. For example, this maintains safe harbor protections in case someone violates copyrights with illegal downloads. This also makes clear that the Wi-Fi administrator may throttle download speeds to manage bandwidth for all users, and this ensures that users know that their public Wi-Fi usage is not secure against third parties.

8. To facilitate system compliance and operations, I have set the BTR Guest public Wi-Fi network to capture or logs users' Domain Name System ("DNS") queries or searches that fall into specified firewall policies to capture and log direct clicks to specific website addresses

while using the public Wi-Fi network. Both DNS and the specified firewall policies translate human-readable domain names (e.g., Kalshi.com) into machine-readable Internet Protocol ("IP") addresses.

9. DNS queries from BTR's Guest public Wi-Fi document approximately 22,000 entries between June 1, 2026, and June 24, 2026, which identified both direct and indirect clicks on Kalshi.com while on Pueblo lands. This means that over that period, there were that many times that users of the BTR Guest public Wi-Fi on Pueblo lands either went directly to the Kalshi website or went to a website which included advertisements for Kalshi's website ("indirect click"), which also were captured through the DNS query.

10. A web traffic log firewall policy was created to monitor BTR's public Wi-Fi, which documented approximately 15,000 direct clicks on Kalshi.com while on Pueblo lands between June 1, 2026, and June 24, 2026. The web traffic log policy uses a more exact configuration than a regular DNS query and yields results that accurately reflect direct clicks to the domain requested to be logged. This means that over that period, there were that many times that users of the BTR Guest public Wi-Fi while on Pueblo lands went directly to the Kalshi website. Also, based on the IP addresses of users which visited the Kalshi website, it appears that a significant majority of those visits were by separate individuals. Also, Kalshi.com was one of the most frequently visited website by BTR Guest public Wi-Fi users during that period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 14, 2026

Guadalupe Flores