**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MESCALERO APACHE TRIBE,
PUEBLO OF ISLETA,
PUEBLO OF POJOAQUE,
and PUEBLO OF SANDIA,

Plaintiffs,

v. Case No. 26-cv-01517-GBW-GJF

KALSHI INC., and KALSHIEX LLC,

Defendants

**DECLARATION OF TRISTA TAFOYA**

1. I, Trista Tafoya, am over 21 years of age. I make this declaration based on my personal and professional knowledge and experience.

**Professional and Gaming Facility Background**

2. I am an Inspector/Auditor for the Sandia Tribal Gaming Commission ("STGC"), which is the gaming regulatory agency of the Pueblo of Sandia ("Pueblo"), a federally recognized Indian tribe located in central New Mexico, just north of the City of Albuquerque. I have worked for the Commission for one year.

3. In my position for the STGC, I am responsible for conducting investigations regarding gaming activities which occur on lands held in trust by the United States for the benefit of the Pueblo of Sandia as confirmed through its Spanish land grant ("Pueblo Lands") regarding compliance with the Indian Gaming Regulatory Act ("IGRA") of 1988, 25 U.S.C. §§ 2701-2721 and 18 U.S.C. §§ 1166-1168, the Pueblo of Sandia Gaming Ordinance ("Gaming Ordinance"), and the STGC Regulations adopted by the Pueblo of Sandia Tribal Council on November 8, 2023. Pueblo Lands constitute "Indian lands" as defined in IGRA and the Gaming Ordinance.



PLAINTIFFS'
EXHIBIT 7

4. Under IGRA and the Gaming Ordinance, Class III gaming activities—which includes wagering on the outcome or other aspects of sporting events (together, "sports betting")—are allowed only in-person at the gaming floor of Sandia Resort & Casino ("SRC"), which is wholly owned and operated by the Pueblo and licensed by the STGC. The SRC is a licensed Gaming Facility authorized to conduct Class III Gaming on Indian lands pursuant to the 2015 Indian Gaming Compact Between the State of New Mexico and the Pueblo of Sandia (effective March 29, 2016) ("Gaming Compact").

5. No other gaming operation is licensed for operation by anyone anywhere on Pueblo Lands. In particular, no gaming is allowed elsewhere on Pueblo lands, including at the Sandia Resort, the Sandia Hotel, the Green Reed Spa, the Sandia Golf Club, parking lots, at the Pueblo's convenience stores, or elsewhere, and neither the Gaming Compact nor the Ordinance authorizes online gambling of any kind.

6. In addition, the Gaming Compact and the Gaming Ordinance do not allow gaming by people who are younger than 21 years of age and online sports betting is not authorized under either SRC's facility license or the Gaming Compact.

**Investigation Background**

7. Part of my duties as an Inspector/Auditor for STGC include the recording and investigating of records and activities, and to investigate unusual occurrences related to Class III Gaming within the SRC.

8. In the course of my duties for the Commission, I participated in an investigation regarding Kalshi Inc. and KalshiEx, LLC (together, "Kalshi"). I make this declaration based on that investigation and my review of documents and other evidence on file with the STGC.

9. During the course of my investigation, I downloaded and reviewed, interacted with, and used Kalshi's website and its mobile application (each and together, the "Kalshi App").

10. When I accessed the Kalshi App in my investigation, I was always within SRC, which is located at 30 Rainbow Road, NE, Albuquerque, NM 87113, on the Pueblo Lands. When placing the wagers described below, I did not use a virtual private network or any other technology that would make my internet-enabled device appear as though it were accessing the Kalshi App from any location other than at SRC. The device through which I interacted with the Kalshi App was connected to SRC's public Wi-Fi.

11. I opened a Kalshi account through the Kalshi App, which allowed me to enter into transactions with Kalshi, including depositing and withdrawing funds and placing wagers through electronic means, including the use of the internet or a mobile device application.

12. To obtain a Kalshi account, Kalshi required me to provide certain personal information, including a home address, for which I provided a location in New Mexico, an e-mail address, a phone number, and social security information. I was also required to affirm that I was eighteen years or older.

13. While logged into the account on the Kalshi App, I observed that the account profile information shows a New Mexico address.

14. I deposited U.S. Dollars into my Kalshi account via a bank account. Although the App provided options to link a debit and credit card, neither were accepted when I attempted to enter the card information—only my bank account.

15. On April 22, 2026, while at SRC, I accessed the Kalshi App and observed that Kalshi was offering for sale contracts on various events including professional and collegiate sports games or matches.

16. The contracts I observed offered by Kalshi allow users to wager money or cryptocurrency on the outcome of an event selected by the user, including sporting events.

17. On several occasions on April 22, 2026, I accessed the Kalshi App, which I had previously downloaded, while physically located at SRC. At each of those times, I observed that the Kalshi App was offering contracts on various sporting events and that for each such event, Kalshi allows users to wager or bet money on the outcome of the event. Those wagers are materially the same as those offered via the Sandia Sportsbook at Sandia Casino, which is powered by IGT, and with which I am familiar via my work for the STGC.

18. I observed that contracts on the Kalshi App generally display the price for each contract, the payout if the wager were to win, and access to the rules governing the determination of the winning bets or wagers.

19. When accessing the Kalshi App, I observed that the events for which Kalshi makes sports betting available include, but are not limited to, professional and college basketball games, hockey games, and football games.

20. I observed that the sports events for which Kalshi makes betting or wagering available also include sports or athletic events in which New Mexico college teams participate. For example, while logged into my account, I observed that Kalshi, through the Kalshi App, offered wagering on the March 4, 2026, college basketball game between Colorado State University and University of New Mexico, at New Mexico. That contrasts with the Sandia Sportsbook, which strictly prohibits betting on any collegiate sports events, games, or matches.

21. On April 22, 2026, while at the SRC and logged into my account on the Kalshi App, I placed wagers on three separate sports events, which are each described below here.

**Sandia Sports Bar Wager**

22. The Sandia Sports Bar, where alcohol is served at SRC, is neither part of the SRC's licensed Gaming Facility nor an authorized gaming area, so gaming including sports betting is not allowed there under the Gaming Ordinance. In contrast to the Sandia Sports Bar, both the Gaming

Compact and the Gaming Ordinance prohibit alcoholic beverages from being sold, served, delivered, or consumed in the part of the SRC where Class III gaming occurs.

23. On April 22, 2026, while logged into the Kalshi App and physically located within the Sandia Sports Bar at SRC, I observed that Kalshi was offering users the ability to wager on the outcome of which Major League Baseball ("MLB") team will win the game between the Oakland A's and the Seattle Mariners on April 22, 2026. A user could place a "yes" or "no" wager that the Oakland A's would win at a price of $1.00. The wager would pay the user $1.62 if Oakland won the game or nothing if Oakland did not win. At that time, I placed a "Yes" wager for the Oakland A's to win in the amount of $1.00. However, because Oakland did not win the game, my Kalshi account received no payout on my wager.

**Hotel Lobby Wager**

24. On April 22, 2026, while logged into the Kalshi App and physically located in the SRC, I observed that Kalshi offered a contract on which MLB team would win the game between the New York Yankees and the Boston Red Sox on April 22, 2026. Kalshi offered a contract whereby a user could place a "yes" wager that New York would win at a price of $1.00. The wager would pay the user $1.76 if New York won the game or nothing if New York did not win.

25. The SRC hotel lobby is not part of SRC licensed Gaming Facility, so gaming including sports betting is not allowed there under the Gaming Ordinance. Nonetheless, while in the hotel lobby of SRC and logged into my account, I placed on the Kalshi App a "Yes" wager for New York to win at a price of $1.00. My account was charged $1.00 for placing the wager. Because New York won the game, my Kalshi account received a payout of $1.76 on my wager.

**Blackjack Table Wager**

26. On April 22, 2026, while logged into the Kalshi App and physically located in the SRC, I observed that Kalshi offered a contract on which MLB team will win the game between

the Atlanta Braves and the Washington Nationals. The Kalshi App offered a contract whereby a user could place a "yes" or "no" wager that Atlanta would win at a price of $1.00 per wager. The wager would pay the user $1.62 if Atlanta won the game or nothing if Atlanta did not win.

27. Sports betting is not an authorized Class III gaming activity at a blackjack table at SRC, so sports betting is not allowed there under the Gaming Ordinance. Nonetheless, while at a blackjack table at SRC and logged into my account, I placed on the Kalshi App a $1.00 "Yes" wager for Atlanta to win. Kalshi debited the account a total of $1.00. Because Atlanta won the game, my Kalshi account received a payout of $1.62 on my wager.

28. After each winning bet, I received from Kalshi via email a written confirmation of the winning event. Kalshi also has provided me access through the Kalshi App to electronic records of my wagers placed on the Platform. Within the "Your Activity" tab in the Kalshi App, Kalshi maintains and provides information on open bets or wagers that I have placed (including identifying the events wagered on, the wagers, and the payouts if the bets win) and historic bets or wagers that have been completed (including identifying the event wagered on, the wager, the amount wagered, and payouts on successful bets or wagers).

29. At no time during my use of the Kalshi App were there any notices, terms, conditions, or regulatory restrictions presented to me which informed me that my use of the Kalshi App or participation in sports wagering thereon while on the Pueblo Lands may violate the Pueblo's laws, nor was I ever prohibited from using or wagering on the Kalshi App via geofencing or geolocation which would have identified my location on Pueblo Lands or restricted my access to or use of Kalshi's sports wagering due to me being physically present on Pueblo Lands.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 8, 2026.

Trista Tafoya