UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MESCALERO APACHE TRIBE,
PUEBLO OF ISLETA,
PUEBLO OF POJOAQUE,
and PUEBLO OF SANDIA,

*Plaintiffs*,

v.

KALSHI, INC. and KALSHIEX, LLC,

*Defendants.*

Case No.: 2:26-cv-01517-MIS-GJF

**NOTICE OF APPEARANCE OF**
**NICOLE T. RUSSELL AS COUNSEL FOR TRIBAL AMICI**

Notice is hereby given that Nicole T. Russell of Hobbs, Straus, Dean & Walker, L.L.P. enters her appearance as counsel of record for Tribal Amici, The Indian Gaming Association ("IGA"), National Congress of American Indians ("NCAI"), United South and Eastern Tribes Sovereignty Protection Fund ("USET SPF"), Arizona Indian Gaming Association ("AIGA"), California Nations Indian Gaming Association ("CNIGA"), Minnesota Indian Gaming Association ("MIGA"), Washington Indian Gaming Association ("WIGA"), Tribal Gaming Protection Network ("TGPN"), National Tribal Gaming Commissioners & Regulators ("NTGCR"), Native American Finance Officers Association ("NAFOA"), and 26 federally recognized Indian tribes ("Amici Tribes")[1]

[1] The Amici Tribes include: Agua Caliente Band of Cahuilla Indians; Bay Mills Indian Community; Bear River Band of the Rohnerville Rancheria; Elk Valley Rancheria; Hannahville Indian Community; Iowa Tribe of Oklahoma; Jamestown S'Klallam Tribe; Karuk Tribe; Kickapoo Traditional Tribe of Texas; Lytton Rancheria; Mashantucket Pequot Tribal Nation; Mohegan Tribe of Indians of Connecticut; Morongo Band of Mission Indians; Oneida Nation;

Dated: July 30, 2026. Respectfully submitted,

/s/ Nicole T. Russell

Nicole T. Russell (NM Bar No. 151668)
HOBBS, STRAUS, DEAN & WALKER, LLP
1899 L Street NW, Suite 1200
Washington, DC 20036
Telephone: (202) 822-8282
Fax: (202) 296.8834
Email: nrussell@hobbsstraus.com

*Counsel for Tribal Amici*

Pechanga Band of Indians; Pokagon Band of Potawatomi Indians; Pueblo of Acoma; Pueblo of San Felipe; Rincon Band of Luiseño Mission Indians; Santa Ynez Band of Chumash Mission Indians; Seminole Tribe of Florida; Spokane Tribe of the Spokane Reservation; Table Mountain Rancheria; Wilton Rancheria; Yavapai-Apache Nation; and Yuhaaviatam of San Manuel Nation.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I electronically filed the foregoing document with the Clerk for the United States District Court for the District of New Mexico using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Nicole T. Russell
Nicole T. Russell (NM Bar No. 151668)