UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MESCALERO APACHE TRIBE,
PUEBLO OF ISLETA,
PUEBLO OF POJOAQUE,
and PUEBLO OF SANDIA,

Plaintiffs,

v. No. 2:26-cv-1517-MIS-GJF

KALSHI INC. and KALSHIEX LLC,

Defendants

**PLAINTIFFS' NOTICE OF COMPLETION OF BRIEFING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Per D.N.M.LR-Civ. 7.4(e), Plaintiffs hereby provide notice and certify that Plaintiffs' Motion for Preliminary Injunction is ready for decision. The complete briefing on the Motion consists of the following:

1. Plaintiffs' Consolidated Motion for Preliminary Injunction and Response to Defendants' Motion to Dismiss, Dkt. No. 23, filed July 22, 2026;

2. Kalshi's Combined Memorandum of Law in Further Support of its Motion to Dismiss and in Opposition to the Tribes' Motion for Preliminary Injunction, Dkt. No. 50, filed August 19, 2026; and

3. Plaintiffs' Reply in Support of Motion for Preliminary Injunction, Dkt. No. 54, filed September 4, 2026.

Submitted September 4, 2026

/s/Daniel I.S.J. Rey-Bear
Daniel I.S.J. Rey-Bear
Tim H. McLaughlin
Brian P. McClatchey (pro hac vice)
Rey-Bear McLaughlin, LLP
421 W Riverside Ave, Suite 1004
Spokane, WA 99201-0410
telephone: 505-238-1954

dan@rbmindianlaw.com
tim@rbmindianlaw.com
brian@rbmindianlaw.com

Nelva Cervantes
Joaquin Gonzales
Office of General Counsel
Mescalero Apache Tribe
P.O. Box 227
Mescalero, NM 88340
telephone: 575-464-4494
ncervantes@mescaleroapachetribe.com
jgallegos@mescaleroapachetribe.com

additional attorneys for
Mescalero Apache Tribe

Lindsay Cutler
Jordan Oglesby
Legal Department
Pueblo of Isleta
P.O. Box 1270
Isleta, NM 87022
telephone: 505-869-9716
lindsay.cutler@isletapueblo.com
jordan.oglesby@isletapueblo.com

additional attorneys for Pueblo of Isleta

Dianna Kicking Woman
Robert A. Waldroup
Alicianna C. Martinez
Legal Department
Pueblo of Pojoaque
30 Buffalo Thunder Trail
Santa Fe, NM 87506
telephone: 505-455-4581
dwoman@pojoaque.org
rwaldroup@pojoaque.org
acmartinez@pojoaque.org

additional attorneys for Pueblo of Pojoaque

Steffani A. Cochran
General Counsel
Pueblo of Sandia
481 Sandia Loop

Bernalillo, NM 87501
telephone: 505-771-7967
scochran@sandiapueblo.nsn.us

additional attorney for Pueblo of Sandia

**CERTIFICATE OF SERVICE**

I certify that I served Defendants with the foregoing Plaintiffs' Notice of Completion of Briefing on Plaintiffs' Motion for Preliminary Injunction through the Court's electronic filing system (CM/ECF) as required by D.N.M.LR-Civ. 5.1(b) on September 4, 2026.

/s/Daniel I.S.J. Rey-Bear
Daniel I.S.J. Rey-Bear