**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Margaret I. Strickland**

**CASE NO.** **26-1517 MIS** **DATE: September 23, 2026**

**Time in court: 1 hour, 33 minutes**

**TITLE:** **Mescalero Apache Tribe et al v Kalshi Inc.**

**COURTROOM CLERK:** **Jessica Chavez** **COURT REPORTER:** **Rachel Lopez (raeufp@gmail.com)**

( ) Albuquerque ( X) Las Cruces ( ) Santa Fe ( ) Roswell

( ) Bench warrant ordered

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
**Dan Rey-Bear**

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
**Olivia S. Choe**

**TYPE OF PROCEEDING:** **Motion to Dismiss and Preliminary Injunction Hearing**

**PROCEEDINGS:**

9:32 AM Court in session

Court – counsel enters appearance.

9:34 a.m. Mr. Rey-Bear on behalf of plaintiff argument as to Motion to Dismiss. Five points.

9:54 a.m. Mr. Rey-Bear argument as to Preliminary Injunction. Five points.

Court Geofencing by other gaming platforms.

10:03 a.m. M. Rey-Bear continued argument.

10:14 a.m. Ms. Choe on behalf of defense argument as to Motion to Dismiss. Kalshi nonmember.

10:36 a.m. Ms. Choe argument as to Preliminary Injunction.

Court Geofencing

10:42 a.m. Ms. Choe continued argument.

10:45 a.m. Questions plaintiffs attorney, Mr. Rey-Bear regarding Kalshi recovery

10:46 a.m. Mr. Rey-Bear response to defense argument.

10:57 a.m. Ms. Choe response to plaintiff argument.

11:04 am. Court Matter will be under advisement. Order to follow.

11:05 a.m. Court in recess